RECEIVED
FEB 26 202...
PRO SE OFFICE

The extension request is GRANTED. Petitioner's opening brief is due April 17, 2026. Respondent's opposition is due May 15, 2026. Petitioner's reply, if any, is due June 18, 2026. The Clerk is directed to mail a copy of this order to Petitioner.
SO ORDERED.

_Jennifer E. Willis_
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
March 2, 2026

February 18,

Hon. Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 425
New York, New York 10007

Re: Request for extension of time to file an opening brief
    Gamble v. Fischer  13-CV-1048 (PGG) (JW)

Magistrate Willis,

My name is Corey Gamble. I am the pro se petitioner in the above-referenced legal matter. Yesterday I received the Court's Order dated February 10, 2026. The Order sets a deadline of March 16, 2026 to file Petitioner's opening brief. With this letter I request an extension of time.

Within the past fourteen months the New York State Department Corrections has been in a "Disaster Emergency" as declared by New York State's Governor Kathy Hochul's monthly Executive Orders No. 47.1 (February 2025) to present Executive Order 47.14 (January 2026). Staff shortages keep me and my fellow incarcerated individuals confined to our state-assigned cells for more than twenty-two hours every day. Law Library access, although scheduled, gets canceled and/or rescheduled on a regular basis. I do not have access to the legal materials I need to assemble a competent brief. I will do my best to meet the Court's deadline. As a layman with no access to AI legal software, no staff attorney, no law clerk, and denied a request for counsel without prejudice I ask for an extension of time to file the brief directed in Your Honor's Order.

Thank you in advance for your consideration of this request.

Respectfully,
Corey Gamble

cc: Bronx County District Attorney's Office, 198 E. 161st Street, Bronx, NY 10451

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Corey Gamble          DIN: 04AG4790

ELMIRA
CORRECTIONAL
RECEIVED
SDNY PRO SE OFFICE
2026 FEB 26  PM 3:5

Elmira
Correctional Facility

neopost
02/20/2026
US POSTAGE $000.74⁰          IMI

ZIP 14901
041L11251115

Legal Mail
USM SDNY

Pro Se Office (Intake Unit)
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 230
New York, NY 10007-1312

10007$1316 C099